# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NGOC LAM CHE, an individual <br><br> *Plaintiff(s)* <br> v. <br> GFROERER, a California limited partnership; <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:19-cv-06891 VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GFROERER, a California limited partnership
1651 Stone Pine Lane
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Pamela Tsao
Ascension Law Group, Pc
17802 Irvine Blvd., Suite 117
Tustin, CA 92780

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: October 25, 2019

*Signature of Clerk or Deputy Clerk*