UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GFROERER,<br><br>　　　　　　Defendant. | Case No. 19-cv-06891-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Ngoc Lam Che filed the present action on October 23, 2019. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was February 5, 2020 and Mr. Che's last day to file a notice of need for mediation was March 18, 2020. Dkt. No. 5. Mr. Che did not file a notice of need for mediation, nor did he seek relief from the March 18 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Che is directed to file a written response to this order by **April 3, 2020** and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 26, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge