UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GFROERER,<br><br>　　　　　　Defendant. | Case No.  19-cv-06891-VKD<br><br>**SECOND ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Ngoc Lam Che filed the present action on October 23, 2019.  Dkt. No. 1. Pursuant to General Order 56 and the Court's April 13, 2020 order, the parties' last day to conduct a joint site inspection was July 5, 2020 and plaintiff's last day to file a notice of need for mediation was August 17, 2020.  Dkt. No. 18.  Plaintiff did not file a notice of need for mediation, nor did plaintiff seek relief from the August 17 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).  Plaintiff is directed to file a written response to this order by **August 31, 2020** and to appear before the Court on **September 8, 2020 at 10:00 a.m.** and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　*Virginia K. DeMarchi*
　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge