ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite 117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual ) | Case No.:  5:19-cv-06891-VKD |
| Plaintiff, ) | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. ) | |
| ) | [Hon. Virginia K. Demarchi  presiding] |
| GFROERER, a California limited partnership; ) | |
| Defendants. ) | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: November 19, 2020

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Ngoc Lam Che