UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NGOC LAM CHE,

        Plaintiff,

   v.

GFROERER,

        Defendant.

Case No. 19-cv-06891-VKD

**ORDER DISMISSING ACTION WITH PREJUDICE**

Pursuant to the parties' January 19, 2021 stipulation voluntarily dismissing this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 30), this action is hereby DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 20, 2021

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge